**CALLAGY LAW, P.C.**
Brian A. Williamson, Esq. (Arizona Bar # 030276)
Jeffrey L. Greyber, Esq.  (admitted Pro Hac Vice)
bwilliamson@callagylaw.com
jgreyber@callagylaw.com
hcasebolt@callagylaw.com
650 From Road, Suite 565
Paramus, NJ 07652
Telephone: (201) 261-1700
Facsimile: (201) 549-8408

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Marci Kaplan, Brian Kaplan, and Lauren Gilbert, beneficiaries of deceased Marc Kaplan,<br><br>*Plaintiffs*,<br><br>vs.<br><br>Genworth Life and Annuity Insurance Company.<br><br>*Defendant*. | Case No.: 2:18-cv-01078-JAT<br><br>**Notice of Mediated Settlement** |

Plaintiffs, Marci Kaplan, Brian Kaplan, and Lauren Gilbert (collectively, "Plaintiffs"), by and through undersigned counsel, hereby give notice that the parties have reached a mediated settlement of all issues and claims in this matter. Pursuant to the terms of this agreement, the parties request the Court stay all further proceedings in this matter. Defendant's Motion to Dismiss is still pending before the Court, but shall be rendered moot upon the filing of a stipulation to dismiss this matter. The parties will file a stipulation to dismiss with prejudice within sixty (60) days.

Dated:  November 13, 2018

Respectfully submitted,

**CALLAGY LAW, P.C.**
650 From Road, Suite 565
Paramus, NJ  07652

/s/ Brian A. Williamson
**Brian A. Williamson, Esq.**
Jeffrey L. Greyber, Esq. (Pro Hac Vice)
bwilliamson@callagylaw.com
jgreyber@callagylaw.com
hcasebolt@callagylaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2018, I electronically filed the foregoing documents with the Clerk of the Court by using CM / ECF.  I also certify that the foregoing document is being served this day on all counsel of record via Notices of Electronic Filing generated by CM / ECF, and via emails to defense counsel of record.

/s/ Brian A. Williamson
**Brian A. Williamson, Esq.**
