**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Marci Kaplan, Brian Kaplan, and Lauren Gilbert, beneficiaries of deceased Marc Kaplan,<br><br>Plaintiffs,<br><br>vs.<br><br>Genworth Life and Annuity Insurance Company,<br><br>Defendant. | Case No. CV-18-01078-PHX-SRB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal, With Prejudice [Doc. No. 37] filed by the parties to this action,

IT IS HEREBY ORDERED that this action is **dismissed, with prejudice**, each side to bear its own fees and costs.

Dated this 10th day of December, 2018.

_____
Susan R. Bolton
United States District Judge